UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFER SEN and EBRU SEN,<br>Petitioners,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No.: 3:26-cv-3499-CAB-VET<br>**ORDER FOR STATUS REPORT** |

Pending before the Court is the fourth petition for a writ of habeas corpus filed by Zafer and/or Ebru Sen pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]

On October 21, 2025, Petitioners entered the United States on foot at a place other than a designated port of entry and were detained and given a credible fear interview, which was negative and affirmed by an immigration judge ("IJ"). They have thus been subject to a final order of expedited removal since November 21, 2025. Respondents attempted to remove Petitioners by plane shortly thereafter but "Petitioners would not exit the vehicle for [a] flight out from LAX international airport." [Doc. No. 6-1 at 2.] Respondents later prepared Petitioners for possible removal via a charter flight but Petitioners "indicated they were still not willing to return to Turkiye." [*Id.* at 3.] Throughout this time, Petitioners have had a habeas claim pending before this Court at least from March 25, 2026–April 22, 2026, May 5, 2026–May 28, 2026, and June 11, 2026–present. *See* Case Nos. 26-cv-1901,

26-cv-3114, 26-cv-2848, and 26-cv-3499. Each of the previous petitions has been dismissed. Taking into consideration the entire record of the attempts to remove Petitioners, the Court **ORDERS** Respondents to provide a status report by **September 21, 2026**.

For the avoidance of doubt, there is no prohibition from this Court on Petitioners' transfer outside of the Southern District of California that would impede Petitioners' removal. That remains true even if between today and the date of the status report, Petitioners were to file a new or renewed habeas petition, unless the Court issues an affirmative order stating otherwise.

It is **SO ORDERED**.

Dated: August 7, 2026

Hon. Cathy Ann Bencivengo
United States District Judge