**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Zafer Sen and Ebru Sen v. Mullin, et al.** Case Number: **26-cv-3499-CAB-VET**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

In light of Respondents' status update that Petitioners have been removed to Turkey, the Court DENIES AS MOOT the petition for a writ of habeas corpus and directs the Clerk of the Court to close the case.

Date: September 22, 2026 Initials: MS